**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 416 WAL 2017
                 :
         Respondent           :
                 :    Petition for Allowance of Appeal from
                 :    the Order of the Superior Court
         v.                  :
                 :
                 :
PAUL R. GRAHAM, JR.,          :
                 :
         Petitioner            :

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.